AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 1 6 2025

TAMMY M. DOWNS, CLERK

By:_____
DEP CLERK

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Arkansas

Chris Hayes
_Plaintiff/Petitioner_

v.

S.W.A.C.C
_Defendant/Respondent_

)
)
)
)
)
)

Civil Action No. 4:25-cv-713-LPR-JJV

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at: **South West Arkansas Community Correction**
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._ If I am employed, my employer's name and address are:


My gross pay or wages are: $ ___0___ , and my take-home pay or wages are: $ ___0___ per
_(specify pay period)_ ___0___ .

3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply)_:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

_If "Yes" to any question above, describe below or on separate pages each source of money and received and what you expect to receive in the future._

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____0_____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: *none;*

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: *none;*

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: *none;*

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: *none;*

Declarati  1:  I declare under penalty of perjury that the above information is true and understand that a false statement m··          in a dismissal of my claims.

_____Chris Hayes_____
Applicant's signature

_____Chris Hayes_____
Printed name

**CERTIFICATE**
(Prisoner Accounts Only)
(To be Completed by the Institution of Incarceration)

I certify that the applicant named herein has the sum of $ *17.66* @ *9:00 am on 7/8/25* on account to his/her

credit at the _____ *SwACCC* _____ institution where he is confined.

I further certify that the applicant likewise has the following securities to his/her credit according

to the records of said institution: _____ *Texarkana Department of*

*Correetions* _____.

I further certify that during the past *two* ~~six~~ months the applicant's average balance was

$ *100.00* .

*7/8/25*
Date

*Signature of Authorized Officer of Institution*

# CALCULATION OF INITIAL PAYMENT OF FILING FEE

### (To be Completed by the Institution of Incarceration)

PLAINTIFF: _Chris Hayes_

ADC NUMBER: _115556_

FEDERAL COURT CASE NUMBER (IF KNOWN): _−_

Total deposits for last six (6̶)³ months: $ _200_

Average monthly deposit (total deposits divided by 6̶)²: $ _66.67_

Total balances for last six (6̶)³ months: $ _—_

Average monthly balance: ₃
(Total balances divided by 6̶) $ _—_

Current account balance: $ _16.41_

Initial payment of filing fee as of _____ : $ _—_

(The greater of the average monthly deposit
Or the average monthly balance x .20)

DATE: _7/8/25_    AUTHORIZED OFFICIAL _____

(NO FILING FEE SHALL BE IN EXCESS OF
$350.00 FOR A CIVIL LAWSUIT
OR
$505.00 FOR AN APPEAL)

_Resident has been here since 5/9/2025_