**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT FILED**
U.S. DISTRICT COURT
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983** EASTERN DISTRICT ARKANSAS

**IN THE UNITED STATES DISTRICT COURT**
JUL 1 6 2025
**FOR THE EASTERN DISTRICT OF ARKANSAS** AMY H. DOWNS, CLERK
**DIVISION** By: _____
DEP CLERK

CASE NO. 4:25-cv-713-LPR-JJV

Jury Trial: ☑ Yes ☐ No
(Check One)

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: _Chris Hayes_
ADC # _115556_

Address: _506 Walnut St, Texarkana AR, 71854_

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge _Rudofsky_
Name of plaintiff: _____         and to Magistrate Judge _Volpe_
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _Mrs. Conway_

Position: _ApRn_

Place of employment: _Southwest Arkansas Community Correction_

Address: _506 Walnut St Texarkana AR, 71854_

Name of defendant: _Dana Haynes_

Position: _Medical Svcs Manager_

- 4. -

Place of employment: South West ARKansas Community CoRRections

Address: 506 walnut St TexaeKuca AR, 71854

Name of defendant: Warden Minors

Position: Warden

Place of employment: S. W. A. C. C

Address: 506 walnut St TexarKana AR, 71854

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☑    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___    No ✓

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

☐    Court (if federal court, name the district; if state court, name the county):

_____

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____

☐    Disposition: (for example: Was the case dismissed?  Was it appealed?
     Is it still pending?) _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV.    Place of present confinement: *South West Arkansas Community Correction (S.W.A.C.C)*

V.    At the time of the alleged incident(s), were you:
      (check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

__✓__ in jail for other reasons (e.g., alleged probation violation, etc.)
      explain: _____

      _____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion
       of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a
       prisoner grievance procedure in the Arkansas Department of Correction, and in several county
       jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in
       this complaint may result in the dismissal without prejudice of all the claims raised in this
       complaint.

       A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

             Yes _✓_    No ____

       B.    Did you completely exhaust the grievance(s) by appealing to all levels within the
             grievance procedure?

Yes ✓   No ____

If not, why? _____

_____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The matter of this Case is a Serious matter. Even though my grievance was heard. I feel that justice has not been Served. I was having issues of the Ethics of which the medical Department did not obtain. As i kept explaining to them about the nature of my pain and Suffering which occured upon me during this allful time of the infection in my foot. The general Concept of my Statement is to in sure you that the medical Department did not follow all procedures of the Ethics code of which endured of my health and well being while being in there Custody.

VIII.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would Like for the court to investagate this matter by all cost. To see the injustice which occured in this Case

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __9th__ day of __July__, 20__25__.

Chris Hayes

_____

Signature(s) of plaintiff(s)

800-4

STATE OF ARKANSAS    )
                     ) §
COUNTY OF *Miller*   )

### AFFIDAVIT

I, *Chris Hayes*, after first being duly sworn, do hereby swear, depose and state that: *I am currently in the process of filing a Eastern District 1983 form. This has to do with time that i spent incarcerated at South western Arkansas Community Corrections. That involves the medical issues that i endured at the time of my stay at S.W.A.C.C, I am updating my address just incase of my release. 102 Eastwood Mayflower AR. 72016*

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

07/02/2025
DATE

*Chris Hayes*
AFFIANT

431 - 69 - 0648
SOCIAL SECURITY#

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 10 day of July, 20 25.

*Shelby Gryder*
NOTARY PUBLIC

My Commission Expires: Feb. 27th 2035

SHELBY GRYDER
NOTARY PUBLIC
ARKANSAS
MILLER COUNTY
0005140 EXPIRES 2-27-2035

Chris Hayes ADC #115556
506 Walnut St.
Texarkana AR, 71854

SHREVEPORT LA 710

12 JUL 2025  AM 2  L

★ USA ★ FOREVER ★

INMATE MAIL

Pro Se Clerk
600 West Capitol Avenue
Room A149
Little Rock, AR 72201

72201-339919