IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRIS HAYS                                                                                              PLAINTIFF

v.                                            Case No. 4:25-cv-04068

CONWAY, *APRN, Southwest Arkansas Community Correction*; DANA HAYNES; *Medical SVCS Manager, Southwest Arkansas Community Correction*; and MINORS, *Warden Southwest Arkansas Community Correction*                                                                                             DEFENDANTS

# ORDER

Before the Court is a Report and Recommendation filed on November 4, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 12). Judge Ford recommends that Plaintiff's Complaint be dismissed without prejudice for failure to comply with the Court's Order to keep his address updated (ECF No. 8) and failure to prosecute this case. (ECF No. 12, at 3).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 12) *in toto*. Accordingly, the Court finds that Plaintiff's Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order and for failure to prosecute this case.

**IT IS SO ORDERED**, this 2nd day of December, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge